JAN
F#2004R01039

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

　　　-against-

VIDAL BENVENUTTI, JR. and
OLGA BACALLAO,

　　　　　Defendants.

- - - - - - - - - - - - - - - - X

★ NOV 30 2005 ★

BROOKLYN OFFICE

APPLICATION AND ORDER
UNSEALING INFORMATION

Cr. No. 04-629 (JG)

　　　Upon the application of the United States Attorney for the Eastern District of New York, by Assistant United States Attorney John A. Nathanson, the above-captioned information is hereby ordered unsealed.

Dated:　　Brooklyn, New York
　　　　　November 15, 2005

　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　11-18-05
　　　　　　　　　　　　　　　s/John Gleeson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　EASTERN DISTRICT OF NEW YORK